AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Perry Finch and others similarly situated, | |
|---|---|
| *Plaintiff* | |
| v. | Civil Action No.   3:20-02981-JMC |
| Lowe's Home Centers, LLC, formerly known as Lowe's Home Centers, Inc., | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: the Plaintiff shall take nothing of the Defendant and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted the defendant's motion to compel arbitration and dismiss.

Date:   July 19, 2021                                                              *CLERK OF COURT*

                                                                                    s/Angie Snipes
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*